(84 South. 858)

### McKINLEY MUSIC CO. v. LEWIS.
### (4 Div. 615.)

(Court of Appeals of Alabama. Feb. 10, 1920.)

APPEAL AND ERROR ⊘ 231(3)—ADMISSION OF EVIDENCE OVER GENERAL OBJECTION NOT REVERSIBLE UNLESS CLEARLY NOT PROPER.

Where objection to evidence was general, specifying no grounds, ruling of trial court admitting the evidence will not be reversed unless the matter was clearly not proper for any purpose.

Appeal from Circuit Court, Covington County; A. B. Foster, Judge.

Assumpsit by the McKinley Music Company against P. Lewis. Judgment for defendant, and plaintiff appeals. Affirmed.

The defendant entered into a contract with plaintiff to have shipped to him certain articles of merchandise. The contract was made on October 25, 1916, and, the goods not having been received on November 21, 1916, defendant countermanded the order. In the course of the examination of the defendant, and in connection with the statement that the

---

⊘For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

[1] Ante, p. 158.    [2] 203 Ala. 522.

goods were to be shipped promptly, defendant's counsel asked defendant the question set out in the opinion. The bill of exceptions shows: "Plaintiff objected to this question, the court overruled the objection, and plaintiff duly and legally excepted."

E. O. Baldwin, of Andalusia, for appellant. Counsel discuss the assignment of error, but without citation of authority.

Powell, Albritton & Albritton, of Andalusia, for appellee. Counsel discuss the assignment of error, but without citation of authority.

SAMFORD, J. The only assignment of error in this case is that the trial court erred in permitting the defendant's counsel to ask the defendant, while testifying as a witness: "Did you have a rating in Bradstreet and Dun?" The objection was general, specifying no grounds. Where this is the case, unless the matter is clearly not proper for any purpose, the ruling of the trial court will not be reversed. Riley v. State, 88 Ala. 193, 7 South. 149; Eason v. Isbell, 42 Ala. 456.

We find no error in the record, and the judgment is affirmed.

Affirmed.